IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 15-15326-mdc |
|---|---|
| AARON B. FELDMAN and ILANA B. FELDMAN, | Chapter 7 |
| Debtors, | Doc. No. |

# ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Restrict Access and Authorize Filing of Replacement Proof of Claim **(Doc. #8-1)** filed by **Ditech Financial, LLC**;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) **(No. 8-1)** fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to **Claim No. 8-1 on the Claims Register forthwith**.

**Ditech Financial, LLC** shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before** February 14, 2017.

Dated: January 30, 2017

BY THE COURT:

_____
Hon. Magdeline D. Coleman
U.S. Bankruptcy Court Judge