United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-15326-mdc
Aaron B. Feldman                                                        Chapter 7
Ilana B. Feldman
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett        Page 1 of 1           Date Rcvd: Jan 30, 2017
                            Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2017.
db           #+Aaron B. Feldman,    843 Cardinal Lane,    Huntingdon Valley, PA 19006-2111
jdb          #+Ilana B. Feldman,    843 Cardinal Lane,    Huntingdon Valley, PA 19006-2111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2017                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2017 at the address(es) listed below:
              DANIEL P. MUDRICK    on behalf of Joint Debtor Ilana B. Feldman dpmudrick@verizon.net,
               G30229@notify.cincompass.com
              DANIEL P. MUDRICK    on behalf of Debtor Aaron B. Feldman dpmudrick@verizon.net,
               G30229@notify.cincompass.com
              JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              PETER E. MELTZER    on behalf of    Firstrust Bank mrivera@wglaw.com
              PETER J. ASHCROFT    on behalf of Creditor    DITECH FINANCIAL LLC pashcroft@bernsteinlaw.com,
               pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
               rive.com
              TERRY P. DERSHAW    td@ix.netcom.com,    PA66@ecfcbis.com;7trustee@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                             TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 15-15326-mdc |
|---|---|
| AARON B. FELDMAN and ILANA B. FELDMAN, | Chapter 7 |
| | Doc. No. |
| Debtors, | |

## ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Restrict Access and Authorize Filing of Replacement Proof of Claim **(Doc. #8-1)** filed by **Ditech Financial, LLC**;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) **(No. 8-1)** fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to **Claim No. 8-1 on the Claims Register forthwith**.

**Ditech Financial, LLC** shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before** February 14, 2017.

Dated: January 30, 2017

BY THE COURT:

_____
Hon. Magdeline D. Coleman
U.S. Bankruptcy Court Judge